AO 442 (Rev. 11/11) Arrest Warrant

FIO# 1172406

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

4:11 pm, Dec 03 2024

**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

United States of America
v.

Zee Zee Zelazurro, Jr.
*Defendant*

Case No. 6:17CR422(1)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Zee Zee Zelazurro, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release

Date: 12/03/2024

A. Ruttgers, Deputy Clerk
*Issuing officer's signature*

City and state:    Greenville, South Carolina

Robin Blume, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/03/2024, and the person was arrested on *(date)* 12/5/24
at *(city and state)* Columbia, SC.

Date: 12/6/24

*Arresting officer's signature*

DUSM Nolan Dice
*Printed name and title*